UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ALBERTO TAPIA,

                                                Plaintiff,           18-cv-02864-KMK

       -against-                                                STIPULATION OF
                                                                  ORDER AND
MOUNT KISCO BAGEL COMPANY,                         DISMISSAL
d/b/a MOUNT KISCO BAGEL, and
JAMES FLEMING, individually,

                                                Defendants.

-----------------------------------------------------------------X

       IT IS HEREBY STIPULATION AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that:

1. This action is hereby withdrawn, discontinued and dismissed, in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The United Stated District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement reached between the parties in this action.

By Jacob Aronauer, Esq.
THE LAW OFFICES OF JACOB ARONAUER
225 Broadway, 3rd Floor
New York, NY 10007
*Attorney for Plaintiff Alberto Tapia*

10/31/2018
Dated

By: Jessica Taub Rosenberg
Kasowitz, Benson, Torres, LLP
1633 Broadway
New York, NY 10019
*Attorney for Defendants Mount Kisco Bagel Company and James Fleming*

11/1/2018
Dated

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/2/18